**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00036-CV

**MARTIN E. McGONAGLE, M.D. AND MARY E. McGONAGLE, Appellants**

**V.**

**STEWART TITLE GUARANTY COMPANY AND STEWART TITLE COMPANY D/B/A CENTRAL TEXAS TITLE, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-11-06872**

## ORDER

Appellants' Unopposed Motion for Leave to File Response to Appellees' Supplemental Brief is hereby **GRANTED**. Appellants' response is deemed filed as of December 3, 2013.


/s/     DAVID EVANS
        JUSTICE